UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Levy Jones, Jr.,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: CV-00-1921 DWF/SRN

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE**, without attorneys' fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: March 9, 2000

Honorable Donovan W. Frank
United States District Court Judge

FILED NOV 09 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD NOV 09 2000
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Levy Jones, Jr.,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: CV-00-1921 DWF/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff Levy Jones, Jr. and defendant Hartford Life Insurance Company, through their attorneys, that the above-entitled matter may be dismissed with prejudice and without cost to any of the parties;

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing the matter with prejudice and without cost to any of the parties, without further notice to any of the parties.

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 9, 2000

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Eric C. Tostrud
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT HARTFORD-COMPREHENSIVE EMPLOYEE BENEFIT SERVICE COMPANY, INCORRECTLY IDENTIFIED IN THE CAPTION OF PLAINTIFF'S COMPLAINT AS "HARTFORD LIFE INSURANCE COMPANY"**

Dated: November ___, 2000

______________________
Levy Jones, Jr.

______________________
James M. Riley
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788

**ATTORNEY FOR PLAINTIFF LEVY JONES, JR.**